UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re: Ariscli Hernandez

_____,      Case Number
                                      Chapter 13
        Debtor(s)
_____/

## NOTICE OF FILING CERTIFICATE OF COMPLETION OF BUDGET BRIEFING SESSION WITH CERTIFIED CREDIT COUNSELOR AS REQUIRED B Y 11 U.S.C. §109(h) AND 11 U.S.C. §521(b)(1)

Debtor(s), by and through undersigned counsel, hereby files the Certificate of Completion of an Individual Budget Briefing Session, as required by 11 U.S.C. §109(h) and 11 U.S.C. §521(b)(1).

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

SANDRA NAVARRO-GARCIA, P.A.
Counsel for the Debtor
7951 SW 40 Street, Suite 202
Miami, FL 33155
E-MAIL: SANDRA@SNGLAW.NET
Telephone: 305-264-7500
Facsimile: 305-264-7587

/s/ Sandra Navarro-Garcia
Sandra Navarro-Garcia, Esq., FBN 188735

Certificate Number: 02114-FLS-CC-027510941



02114-FLS-CC-027510941

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on <u>May 26, 2016</u>, at <u>04:39</u> o'clock <u>PM EST</u>, <u>Grisell Hernandez</u> received from <u>Consumer Credit Counseling Service of Greater Atlanta d/b/a ClearPoint Credit Counseling Solutions,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C . §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>May 26, 2016</u>                By:    <u>/s/Eric Dina</u>

                                        Name:  <u>Eric Dina</u>

                                        Title: <u>Customer Service</u>

\*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).