UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-17566-LMI
CHAPTER 13 CASE

IN RE:

GRISELL HERNANDEZ
DBA BULLSEYE COATING AND BLASTING CORP

Debtor(s).
_____/

## NOTICE OF APPEARANCE
*Subject Property: 9108 SW 148TH CT MIAMI, FL, 33196*

PLEASE TAKE NOTICE that the undersigned hereby enters his/her appearance as attorney for SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC, a secured lien holder, creditor of the above style debtors.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this ____1____ day of June, 2016.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile:  (954) 771-6052
Scott.Weiss@clegalgroup.com

By: _____
Scott R. Weiss, Esq.
Bar Number: 0710910

16-01549

Mailing List for Case No.: 16-17566-LMI

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

GRISELL HERNANDEZ DBA BULLSEYE COATING AND BLASTING CORP
6345 COLLINS AVE #TH2
MIAMI, FL 33141

SANDRA NAVARRO GARCIA, ESQ
7951 SW 40 ST # 202
MIAMI, FL33155