UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 16-17566-LMI
CHAPTER 13

IN RE:

Grisell Hernandez dba Bullseye
Coating And Blasting Corp.,
    Debtor(s)
_____/

NOTICE OF APPEARANCE
(6345 COLLINS AVE TH2, MIAMI BEACH, FLORIDA 33141)

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-8, its Successors and/or Assigns, a secured creditor of the above styled Debtor(s).

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

DATED this 3rd day of June, 2016.

    Respectfully Submitted,

    **Kahane & Associates, P.A.**
    8201 Peters Road, Suite 3000
    Plantation, Florida 33324
    Telephone: (954) 382-3486
    Telefacsimile: (954) 382-5380

    By: _____
    ☒ Marc G. Granger, Esq., Fla. Bar No.: 146870
    ☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
    ☐ Taji Foreman, Esq., Fla. Bar No.: 58606

File No. 16-02134 JPC
V3.20160414

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and/or mailed to all parties listed below this 3rd day of June, 2016.

Grisell Hernandez
6345 Collins Ave., #TH2
Miami Beach, Florida 33141

Sandra Navarro-Garcia, Esq.
Attorney for Debtor(s)
7951 SW 40 St., #202
Miami, Florida 33155

Nancy K. Neidich, Trustee
P.O. Box 279806
Miramar, Florida 33027

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida 33130

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
☒ Marc G. Granger , Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

File No. 16-02134 JPC
V3.20160414