UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:
GRISELL HERNANDEZ            Case No.: 16-17566-BKC-LMI
SSN XXX.XX.6881              Chapter 13
    Debtor.
_____/

**DEBTOR'S EX-PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES A-J, SUMMARY OF SCHEDULES, DECLARATION CONCERNING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, PAYMENT ADVICES, STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD FORM 122C-1 AND FORM 122C-2, CHAPTER 13 PLAN AND AVOID DISMISSAL OF CHAPTER 13 CASE**

The Debtor, **GRISELL HERNANDEZ,** hereby files this *Ex-parte Motion to Extend Time to File Schedules A-J, Summary of Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Payment Advices, Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Form 122C-2, Chapter 13 Plan and Avoid Dismissal of Chapter 13 Case* and states in support thereof:

1. This is a Chapter 13 case that was filed on **May 26, 2016**. As time was of the essence a "skeleton" petition was filed.

2. The deadline to file Schedules A-J, Summary of Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Payment Advices, Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and 122C-2, and Chapter 13 Plan is **June 9, 2016**.

3. The Debtor is actively working on obtaining all documents needed to complete her schedules, statement of financial affairs, statement of current monthly income and chapter 13 plan. However, the Debtor has been unable to obtain all of the

required documents and/or information needed to complete all pertinent documents and does not believe he will have all of the necessary information with sufficient time to meet the **June 9, 2016** deadline.

4. The Debtor is need of an additional 45 days from **June 9, 2016** to prepare and file the schedules A-J, summary of schedules, declaration concerning schedules, statement of financial affairs, payment advices, statement of current monthly income and calculation of commitment period form 122C-1 and 122C-2 and chapter 13 plan. The Debtor seeks that the case not be dismissed during this period. The Debtor understands that any extension of time awarded to file the required documents is not deemed an extension of time as to the required chapter 13 plan payments.

**WHEREFORE**, the Debtor seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail and ECF (on applicable parties), on this 9th day of June, 2016 to all parties on the service list.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**SANDRA NAVARRO-GARCIA, P.A**
Counsel for the Debtor
7951 SW 40 Street, Suite 202
Miami, FL. 33155
E-MAIL: SANDRA@SNGLAW.NET
Telephone: 305-264-7500 ▪
Facsimile: 305-264-7587

/s/Sandra Navarro-Garcia
Sandra Navarro-Garcia, Esq.
FBN 188735