

ORDERED in the Southern District of Florida on June 10, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:
GRISELL HERNANDEZ                         Case No.: 16-17566-BKC-LMI
SSN XXX.XX.6881                           Chapter 13
    Debtor.
_____/

**ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES A-J, SUMMARY OF SCHEDULES, DECLARATION CONCERNING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, PAYMENT ADVICES, STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD FORM 122C-1 AND 122C-2, CHAPTER 13 PLAN AND AVOID DISMISSAL OF CHAPTER 13 CASE**

THIS CASE came before the Court ex-parte, and the Court being fully advised in the premises it is **ORDERED AND ADJUDGED** as follows:

1. The Debtor's Ex-Parte Motion to Extend Time to File Schedules A-J, Summary of Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Payment Advices, Statement of Current Monthly Income and Calculation of

Commitment Period Form 122C-1 and 122C-2, Chapter 13 Plan and Avoid Dismissal of Chapter 13 Case is **GRANTED**.

    2.    The Debtor shall have until July 24, 2016 file her schedules A-J, summary of schedules, declaration concerning schedules, statement of financial affairs, payment advises, statement of current monthly income and calculation of commitment period form 122C-1 and 122C-2 as applicable and chapter 13 plan.

###

Copy to: sandra@snglaw.net
Sandra Navarro-Garcia, Esq.
Attorney Navarro-Garcia is directed to
serve a copy of this order on all
interested parties immediately upon
receipt.