UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

GRISELL HERNANDEZ                                    Case Number 16-17566-BKC-LMI
SSN XXX.XX.6881                                          Chapter 13

    Debtor.
_____/

**CERTIFICATE OF SERVICE AS RELATED TO ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES A-J, SUMMARY OF SCHEDULES, DECLARATION CONCERNING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, PAYMENT ADVICES, STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD FORM 122C-1 AND FORM 122C-2, CHAPTER 13 PLAN AND AVOID DISMISSAL OF CHAPTER 13 CASE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail and ECF, on this 10th day of June, 2016 to all parties listed on the Creditor Mailing Matrix.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

SANDRA NAVARRO-GARCIA, P.A
Counsel for the Debtor
7951 SW 40 Street #202
Miami, FL. 33155
E-MAIL: SNG@SNGLAW.NET
Telephone: 305-264-7500
Facsimile: 305-264-7587
/S/Sandra Navarro-Garcia
Sandra Navarro-Garcia, Esq., FBN 188735