United States Bankruptcy Court
Southern District of Florida

In re:  
Grisell Hernandez  
    Debtor

Case No. 16-17566-LMI  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113C-1     User: covington     Page 1 of 1     Date Rcvd: Jun 10, 2016  
                 Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2016.  
db         +Grisell Hernandez,  6345 Collins Ave #TH2,  Miami, FL 33141-4665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2016                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2016 at the address(es) listed below:
           Marc G Granger     on behalf of Creditor    U.S. Bank National Association  
            mgranger@kahaneandassociates.com, bkecf@kahaneandassociates.com  
           Nancy K. Neidich      e2c8f01@ch13herkert.com, ecf2@ch13herkert.com  
           Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov  
           Sandra  Navarro-Garcia     on behalf of Debtor Grisell  Hernandez snglawcourt@yahoo.com,  
            G24075@notify.cincompass.com  
           Scott R. Weiss, Esq     on behalf of Creditor    Seterus, Inc. as the authorized subserviced for  
            Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc  
            scott.weiss@clegalgroup.com, bankruptcy@clegalgroup.com  
                                                                                                              TOTAL: 5



**ORDERED in the Southern District of Florida on June 10, 2016.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI-DADE DIVISION

In re:
GRISELL HERNANDEZ                     Case No.: 16-17566-BKC-LMI
SSN XXX.XX.6881                       Chapter 13
    Debtor.
_____/

**ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES A-J, SUMMARY OF SCHEDULES, DECLARATION CONCERNING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, PAYMENT ADVICES, STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD FORM 122C-1 AND 122C-2, CHAPTER 13 PLAN AND AVOID DISMISSAL OF CHAPTER 13 CASE**

THIS CASE came before the Court ex-parte, and the Court being fully advised in the premises it is **ORDERED AND ADJUDGED** as follows:

1.    The Debtor's Ex-Parte Motion to Extend Time to File Schedules A-J, Summary of Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Payment Advices, Statement of Current Monthly Income and Calculation of

Commitment Period Form 122C-1 and 122C-2, Chapter 13 Plan and Avoid Dismissal of Chapter 13 Case is **GRANTED**.

    2.    The Debtor shall have until July 24, 2016 file her schedules A-J, summary of schedules, declaration concerning schedules, statement of financial affairs, payment advises, statement of current monthly income and calculation of commitment period form 122C-1 and 122C-2 as applicable and chapter 13 plan.

###

Copy to: sandra@snglaw.net
Sandra Navarro-Garcia, Esq.
Attorney Navarro-Garcia is directed to serve a copy of this order on all interested parties immediately upon receipt.