UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:
**GRISELL HERNANDEZ**
**SSN XXX.XX.6881**

Case No.: 16-17566-BKC-LMI
Chapter 13

**Debtor.**
_____/

**DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR
AMENDING CREDIT INFORMATION**

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(C), or 1019-1(B) upon the filing of Debtor(s)  Summary of Schedules, Schedules A thru C and Declaration of Schedules , pursuant to Bankruptcy Rules 1007, 1009, 1019.  I hereby certify that:

[ X ]   The paper filed **adds** a total of _ creditor(s) to the case reflected on the attached list.  **I have:**
- [X]   remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
- [X]   provided the court with a supplemental matrix diskette containing **only the added creditors** or electronically uploaded the added creditors in CM/ECF;
- [X]   provided notice to affected parties, including service of a copy of this notice and a copy of the Section 341 or post conversion meeting notice [Local Rule 1009-1(D)(2)]; and/or
- [X]   filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted).  **I have:**
- [ ]   remitted the required fee;
- [ ]   provided notice to affected parties; and/or
- [ ]   filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list.  **I have:**
- [ ]   provided notice to affected parties, including service of a copy of this notice and a copy of the Section 341 or post conversion meeting notice [Local Rule 1009-1(D)(2)] and
- [ ]   filed an amended schedule(s) or other paper.

[ ]   The paper filed **corrects** schedule D, E or F amount(s) or classification(s).  **I have:**
- [ ]   remitted the required fee;
- [ ]   provided notice to affected parties; and
- [ ]   filed an amended schedule(s) and summary of schedules.

[ ]   None of the above apply.  The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties.  It [ ] does [ ] does not require the filing of an amended schedule and summary of schedules.

I also certify that notice has been served on all affected parties, and if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B), and if filed electronically without imaged signatures, a local form Declaration Under Penalty of Perjury to Accompany petitions, Schedules and Statements Filed Electronically" accompanied the filing of the document.

**Date: 7/22/2016**

/s/ Sandra Navarro-Garcia
**Sandra Navarro-Garcia, Esq.**
Florida Bar No.:  188735
7951 Bird Road, Ste. 202
Miami, FL 33155
Telephone:  305-264-7500/ Fax: 305-264-7587