**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: GRISCH Hernandez
XXX. XX. 6881

Case No. 16-17566-BKC-LMI
Chapter 13

_____ Debtor _____ /

**DECLARATION REGARDING PAYMENT ADVICES**

**Debtor:**

_____ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.

_____ )

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

✓ Copies of all payment advices **are not** attached because the debtor:
___receives disability payments
___is unemployed and does not receive unemployment compensation
___receives Social Security payments
___receives a pension
___does not work outside the home
✓ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.

_____ )

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

LF-10 (rev. 12/01/09)                    Page 1 of 2

_____ Copies of payment advices **are not** attached because the joint debtor:
  ___receives disability payments
  ___is unemployed and does not receive unemployment compensation
  ___receives Social Security payments
  ___receives a pension
  ___does not work outside the home
  ___is self employed and does not receive payment advices


_____ None of the statements above apply, however,  the joint debtor is unable to timely
      provide some or all copies of payment advices or other evidence of payment received
      Explain: _____


*NOTE: When submitting copies of evidence of payment such as pay stubs or  payment advices,
it is your responsibility to redact (blackout) any social security numbers, names of minor
children, dates of birth or financial account numbers before attaching for filing with the
court. See Local Rule 5005-1(A)(2).*

_____          Date: 7/22/16
Signature of Attorney or Debtor


_____          Date:_____
Signature of Joint Debtor, if applicable