# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

Grisell Hernandez

XXX-XX-6881

Case No.: 16-17566-BKC-LMI
Chapter:

Debtor
_____/

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) Bankruptcy Rule 2016(b), and Local Rule 2016-1, I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 4,275.00 |
| Prior to the filing of this statement, I have received | $ 0 |
| If Chapter 13, I have agreed to accept in the plan | $ 4,275.00 |
| For office costs, I have agreed to accept | $ 150.00 |
| I have accepted for a credit report of the debtor(s) | $ 75.00 |
| I have accepted for a budget briefing session of the debtor(s) | $ 50.00 |
| We have accepted for the financial education course of the debtor(s) | $ N/A |

2. The source of the compensation paid to me was:
   [X] the Debtor or [ ] Other _____

3. The source of the compensation to be paid to me is:
   [ ] the Debtor or [ ] Other _____

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal services for certain aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy and which Chapter is appropriate;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan that may be required;
   c. Representation of the debtor at one (1) meeting of creditors and all confirmation hearings.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b. Depositions of the debtor(s) or third parties;
   c. Real Estate, accounting or tax services.

7. In court filing fees, I have received [✓] $310.00 for Chapter 13, or [ ] $335.00 for Chapter 7.

8. By written Retainer Agreement with the debtor(s) that comports with the requirements of 11 U.S.C. §§526, 527 and 528, we have agreed to provide additional services to the debtor(s), if reasonable and necessary, on the fee schedule indicated in the agreement.

If Chapter 7: Amendment to schedule(s) and/or petition ($276); Avoidance of liens from any property ($850-$1,000) (excluding cost of title search);Change of address ($100);Credit report ($75); 707 Investigation or defense of 707 motion to dismiss ($500-$2,500 depending on complexity); Response to 707 request for documents ($250); Depositions ($500 to $850) (for one debtor in Miami-Dade County); Motion approving sale of real property ($500-$750); Motion to redeem collateral ($525-$750); Negotiation of any settlement agreement or stipulation with Trustee/Creditor for over-exempt property or abuse issue ($525-$750); New Signing Appointment ($275); Reaffirmation Agreements ($100); Reinstatement of a debtor's case ($525); Reopening bankruptcy case after a discharge ($750); Uncontested Adversary Proceeding to discharge certain taxes ($2,500 plus costs).

If Chapter 13: Post Confirmation Modification of Plan; ($500); Motion for Hardship Discharge ($500); Motion to purchase, sell or refinance real property ($500); Motion to rehear, vacate dismissal, shorten prejudice period or reinstate case after dismissal ($500); Motion to Avoid Lien ($500); Defense of post confirmation motion for relief from stay or motion to dismiss case ($250); Motion to incur additional debt ($250). In addition, Client agrees to pay Law Finn additional fees through the Plan after a fee application is filed on an hourly basis at the customary rates charged by attorneys ($200-$300) and paralegals ($125-$150) for the following services, for which the minimum fee is estimated at no less than: Amendment to schedule(s) and or petition post confirmation ($276); Avoidance of liens from any property ($850-$1,000) (excluding cost of title search); Change of address ($100); Representation of Debtor in the Conversion to a Chapter 7 case ($850 to $2000 depending on complexity of case); Depositions ($400 to $850 for one debtor); Attendance at re-set *Meeting of Creditors* for Client's failure to attend initial meeting ($250); Recordable order for mortgage "stripped-off" in Chapter 13 ($500-$1000, excluding any contested motion in opposition and preparation of memoranda); Reopening bankruptcy case after discharge ($750); and for any services that exceed the original estimated 12.5 hours of combined attorney and paralegal time for the Chapter 13 case contemplated in the parties' Retainer Agreement.

These fees are based on standard, non-emergency services and the Debtor has agreed to pay additional fees or a surcharge for emergency service required before the Law Firm's then customary waiting period after the payment of all fees and costs. The fees stated herein are estimates and are subject to the terms and conditions of the parties' Retainer Agreement.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Sandra Navarro-Garcia, P.A.**
Counsel for the Debtor
7951 SW 40 Street #202
Miami, FL 33155
Telephone: 305-264-7500
Facsimile: 305-264-7587
E-Mail: sandra@snglaw.net

/S/ Sandra Navarro-Garcia
Sandra Navarro-Garcia, Esq.
FBN.:188735