United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 16-17566-LMI
Grisell Hernandez                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1        User: covington        Page 1 of 1        Date Rcvd: Jul 25, 2016
                            Form ID: pdf008        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2016.
db           +Grisell Hernandez,   6345 Collins Ave #TH2,   Miami, FL 33141-4665
smg           Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Tallhassee, FL 32314-6668
cr            Seterus, Inc. as the authorized subservicer for Fe,   Choice Legal Group, P.A.,   P.O. Box 9908,
              Fort Lauderdale, FL 33310-0908
cr           +U.S. Bank National Association,   Kahane & Associates, P.A.,   c/o Marc G. Granger, Esq.,
              8201 Peters Road,   Suite 3000,   Plantation, FL 33324-3292
93589812      Chase Mtg,   PO Box 24696,   Columbus, OH 43224-0696
93666516     +Memorial Regional,   3501 Johnson St,   Hollywood, FL 33021-5487
93589821     +Wells Fargo Bank, N.A.,   420 Montgomery St,   San Francisco, CA 94104-1298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
93589814      E-mail/Text: creditonebknotifications@resurgent.com Jul 26 2016 00:35:32     Credit One Bank NA,
              PO Box 98872,   Las Vegas, NV 89193-8872
93589813      E-mail/Text: creditonebknotifications@resurgent.com Jul 26 2016 00:35:33     Credit One Bank NA,
              PO Box 98873,   Las Vegas, NV 89193-8873
93589815     +E-mail/Text: cio.bncmail@irs.gov Jul 26 2016 00:36:07     Internal Revenue Services,
              51 SW 1st Ave,   Miami, FL 33130-1699
93601653     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 26 2016 00:36:49     KeyBank N.A.,
              4910 Tiedeman Road,   Brooklyn, OH 44144-2338
93589817      E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 26 2016 00:36:49     Keybank NA,
              Key Bank; Attention: Recovery Payment Pr,   4910 Tiedeman Rd,   Brooklyn, OH 44144-2338
93589818      E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 26 2016 00:36:49     Keybank USA,
              4910 Tiedeman Rd,   Brooklyn, OH 44144-2338
93589819     +E-mail/Text: bnc@nordstrom.com Jul 26 2016 00:35:43     Nordstrom/td,   13531 E Caley Ave,
              Englewood, CO 80111-6505
93589820      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2016 00:33:39
              Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
93589816*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Services,   PO Box 17161,
               Fort Lauderdale, FL 33318-7161)
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2016 at the address(es) listed below:
              Marc G Granger    on behalf of Creditor    U.S. Bank National Association
               mgranger@kahaneandassociates.com, bkecf@kahaneandassociates.com
              Nancy K. Neidich     e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Sandra Navarro-Garcia    on behalf of Debtor Grisell  Hernandez snglawcourt@yahoo.com,
               G24075@notify.cincompass.com
              Scott R. Weiss, Esq    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc
               scott.weiss@clegalgroup.com, bankruptcy@clegalgroup.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**  www.flsb.uscourts.gov
☐ _____Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **GRISELL HERNANDEZ**                                CASE NO.: 16-17566-BKC-LMI
Last Four Digits of SS #6881

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A. **$929.00** for months **1** to **60**, in order to pay the following creditors:

Administrative: Attorney's Fee to Sandra Navarro-Garcia, Esq. - $4,275.00 TOTAL PAID $0.00
Chapter 13 Fees & Costs Balance Due: **Total Balance Due to SNG - $4,275.00, payable $712.50/month (Months 1 to 6)**

Secured Creditors: [Retain Liens pursuant to 11 USC §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property

URED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Internal Revenue Service PO BOX 17161, Stop 5730 Ft. Lauderdale, FL. 33318 IRS Lien on all real & personal property Account No.: XXX.XX.4212 | All of Debtor's Real & Personal Property Value $38,353.23 | 3.0% | $100.00 $754.63 | 1 to 6 7 to 60 | $41,350.21 |

Priority Creditors: [as defined in 11 USC §507]:
**1. Internal Revenue Service**                        Amount Due **$3,487.85** as of Petition Date
Payment **$23.60**/mo. (Mos. **1** to **6**)
Payment **$61.97**/mo. (Mos. **7** to **60**)

Unsecured Creditors: Pay **$19.50**/mo. (Months **7** to **60**). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

1. The provisions included on the Notice of Commencement and the Local Rules of the Bankruptcy Court for the Southern
District of Florida are incorporated herein by reference and are binding on any and all parties in interest. This Chapter 13 Plan is also a motion in certain circumstances and any interested party should act accordingly.
  2. The Debtor will continue to pay Chase, Account No. 0021402086, Casablanca CA of Miami Beach, Inc.(HOA) Account No.: TH0202, of her homestead property located at 6345 Collins Ave, Apt TH2, Miami Beach, Florida 33141

I, Grisell Hernancez, declare that the foregoing chapter 13 plan is true and correct under penalty of perjury. I acknowledge that the contents of this plan have been explained and that we are in agreement as to the treatment of all creditors/claims set forth in this plan.

Date _____
X _____
Grisell Hernandez

LF-31

Sandra Navarro-Garcia, Esq.
Counsel for the Debtor
7951 SW 40th Street #202
Miami, Florida 33155
E-MAIL: SANDRA@SNGLAW.NET
Tel.: 305-264-7500/Fax.: 305-264-7587
*/s/ Sandra Navarro-Garcia*
Sandra Navarro-Garcia, Esq., FBN 188735