Fill in this information to identify the case:

Debtor 1: GRISELL HERNANDEZ AKA A/B/A BULLSEYE COATING AND BLASTING CORP

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the Southern District of Florida (state)

Case number: 16-17566-LMI

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.13002.1.

Name of creditor: SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC

Court claim no. (if known): Not yet filed

Last 4 digits of any number you use to identify the debtor's account: 4931

Date of payment change:
Must be at least 21 days after date of this notice    10/01/2016

New total payment: $ 2163.20
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 489.97        New escrow payment: $ 715.50

## Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3:   Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_ FBN: 071090

Date 8/18/16

Title Creditor's Authorized Agent

Print: Scott R. Weiss, Esq.
   First Name   Middle Name   Last Name

Company: Choice Legal Group, P.A.

Address: P.O. Box 9908
   Number   Street

Fort Lauderdale, Florida 33310-0908
   City   State   Zip Code

Contact phone: (954) 453-0365

Email: Scott.Weiss@clegalgroup.com

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice of Payment Change of SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and or **electronically mailed** this 18 day of August, 2016.

> Choice Legal Group, P.A.
> P.O. Box 9908
> Fort Lauderdale, FL 33310-0908
> Telephone:  (954) 453-0365/1-800-441-2438
> Facsimile:  (954) 771-6052
> Scott.Weiss@clegalgroup.com
> By: _[signature]_
> Scott R. Weiss, Esq.
> Bar Number: 0710910

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH
P.O. BOX 279806
MIRAMAR FL 33027

GRISELL HERNANDEZ
6345 COLLINS AVE #TH2
MIAMI, FL 33141

SANDRA NAVARRO GARCIA, ESQ
7951 SW 40 ST # 202
MIAMI, FL33155

# seterus™

PO Box 1077
Hartford, CT 06143

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

GRISELL HERNANDEZ
C/O SANDRA NAVARRO-GARCIA     L913
7951 BIRD RD STE 202
MIAMI FL  33155-6752

## ESCROW ACCOUNT STATEMENT

Analysis Date: 08/05/16
Loan Number:

| Current Payment | | New Payment Effective 10/01/16 | |
|---|---|---|---|
| Principal and Interest | $1,372.52 | Principal and Interest* | $1,372.52 |
| Escrow | $489.97 | Escrow | $715.50 |
| | | Shortage Spread | $75.18 |
| Total Current Payment | $1,862.49 | Total NEW Payment* | $2,163.20 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on May 26, 2016. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS October 2016 to September 2017 | |
|---|---|
| HAZARD INS | 6,049.61 |
| FLOOD INS | 2,536.44 |
| Total Disbursements | 8,586.05 |

| Bankruptcy File Date | May 26, 2016 |
|---|---|
| Pre-Petition Escrow Shortage or Deficiency as of Analysis Date | $10,856.10 |

\*Escrow Balance adjusted by proof of claim amounts

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements due in the prepaid period

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $1,431.00.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 - MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $7,465.17- |
| Post Petition Beg Bal | | | | $3,390.93 |
| 10/01/2016 | 715.50 | 0.00 | | 4,106.43 |
| 11/01/2016 | 715.50 | 0.00 | | 4,821.93 |
| 12/01/2016 | 715.50 | 0.00 | | 5,537.43 |
| 01/01/2017 | 715.50 | 0.00 | | 6,252.93 |
| 02/01/2017 | 715.50 | 0.00 | | 6,968.43 |
| 03/01/2017 | 715.50 | 0.00 | | 7,683.93 |
| 04/01/2017 | 715.50 | 6,049.61- | HAZARD INS | 2,349.82 |
| 05/01/2017 | 715.50 | 2,536.44- | FLOOD INS | 528.88 |
| 06/01/2017 | 715.50 | 0.00 | | 1,244.38 |
| 07/01/2017 | 715.50 | 0.00 | | 1,959.88 |
| 08/01/2017 | 715.50 | 0.00 | | 2,675.38 |
| 09/01/2017 | 715.50 | 0.00 | | 3,390.88 |
| Total | $8,586.00 | $8,586.05- | | |

The escrow account has a pre-petition and post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment. The projected beginning balance of your escrow account is $3,390.93. Your required beginning balance according to this analysis should be $4,293.05. This means you have a post-petition shortage and/or deficiency of $902.12-. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment.

\*\*\*Continued \*\*\*
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from October 2010 to September 2016. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | | $13,096.01- |
| Date | | | | | | | |
| 11/01/10 | 0.00 | 0.00 | 0.00 | 2,710.11-* | COUNTY | 0.00 | 15,806.12- |
| 11/01/10 | 0.00 | 0.00 | 0.00 | 737.00-* | HAZARD INS | 0.00 | 16,543.12- |
| 10/01/11 | 0.00 | 0.00 | 0.00 | 4,742.00-* | HAZARD INS | 0.00 | 21,285.12- |
| 11/01/11 | 0.00 | 0.00 | 0.00 | 2,222.06-* | COUNTY | 0.00 | 23,507.18- |
| 11/01/11 | 0.00 | 0.00 | 0.00 | 815.00-* | HAZARD INS | 0.00 | 24,322.18- |
| 03/01/12 | 0.00 | 2,222.06* | 0.00 | 0.00 | | 0.00 | 22,100.12- |
| 10/01/12 | 0.00 | 0.00 | 0.00 | 5,322.00-* | HAZARD INS | 0.00 | 27,422.12- |
| 11/01/12 | 0.00 | 0.00 | 0.00 | 1,497.84-* | COUNTY | 0.00 | 28,919.96- |
| 11/01/12 | 0.00 | 0.00 | 0.00 | 896.00-* | FLOOD INS | 0.00 | 29,815.96- |
| 01/01/13 | 0.00 | 1,497.84* | 0.00 | 0.00 | | 0.00 | 28,318.12- |
| 11/01/13 | 0.00 | 0.00 | 0.00 | 1,393.38-* | COUNTY | 0.00 | 29,711.50- |
| 11/01/13 | 0.00 | 0.00 | 0.00 | 969.00-* | FLOOD INS | 0.00 | 30,680.50- |
| 12/01/13 | 0.00 | 0.00 | 0.00 | 3,025.81-* | HAZARD INS | 0.00 | 33,706.31- |
| 04/01/14 | 0.00 | 0.00 | 0.00 | 6,049.61-* | HAZARD INS | 0.00 | 39,755.92- |
| 05/01/14 | 0.00 | 0.00 | 0.00 | 2,560.56-* | FLOOD INS | 0.00 | 42,316.48- |
| 08/01/14 | 0.00 | 48,997.00* | 0.00 | 6,049.61-* | HAZARD INS | 0.00 | 630.91 |
| 08/01/14 | 0.00 | 0.00 | 0.00 | 6,049.61-* | HAZARD INS | 0.00 | 5,418.70- |
| 08/01/14 | 0.00 | 0.00 | 0.00 | 2,536.44-* | FLOOD INS | 0.00 | 7,955.14- |
| 09/01/14 | 0.00 | 489.97* | 0.00 | 0.00 | | 0.00 | 7,465.17- |
| Total | $0.00 | $53,206.87 | $0.00 | $47,576.03- | | | |

* indicates a difference from a previous estimate either in the date or the amount.

** indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.