RE: Grisell Hernandez             **PRO SE**        Case # 16-17566-LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Illegible

✓ Tax returns:        Corp:2014-2015         ✓ ✓ Photo ID(s)    LF 90    LF67    LF10

_Personal Bank_ ✓ Bank Account Statements    3 months pre-petition    ___ Domestic Support Info: name address and phone

Check #1227 $2200 - (4/8) 1207 $1115⁴⁵ (4/11) #1209 $500 (4/11)  ✓ Affidavit of Rent or copy of Lease
#1260 $3022⁰⁰ (5/2) #1317 $1242.³⁴ (5/5) #1327 $2452 (5/5)    ___ 2016(B)    401K/Retirement Stmts    Life Ins Policy
#1347 $2450 - (5/9) #1343 $2480 - (5/11)            ✓ Other provisions ✓ IVL    100%    Lawsuit    Lease
✓ Check copy #1045 $1900 (3/1) #1106 $2480⁰⁰ (3/8)                Gambling    HAMP    LMM/MMM
#1129 $2402.⁸⁰ (3/15) #1161 $2600 (3/26) #1150 $1850 (3/30)    ___ Plan does not fund

___ Explain W/D                                ___ Calculation errors/improper months ___
___ FMV(NADA/Carmax), Reg and Payoff: Vehicles        ✓ Valuation motion has not been filed
___                                    ___ LMM/MMM motion not filed
___ FMV and Payoff: Real Estate                ___ Reaffirm, redeem or surrender Sch D & G creditor
___                                    ___ Creditor on plan not listed in Schedules or no filed POC
___ Non homestead Information Sheet            ___ Priority debt on Sch E not in plan
___ Wage deduction order or motion to waive        ✓ Object or Conform to Proof of Claim

**BUSINESS DEBTOR DOCUMENTS**                    ___ Miami-Dade County    ___ Tax Certificate(DE#___)
___ BDQ & attachments    Profit & Loss    Balance Sheet    ___ Dept of Revenue    ✓ IRS
✓ Bank statements and checks    3 months ___
#9888 2/26-2/29/16                        FEE APP & SCH B INV LINE #40
#9896 2/26-2/29/16                        ✓ REMOVE IRS FROM CRAM-DOWN

___ Fee application (see court guideline 6)            ___ **Objection to Exemption** (specifics to be filed)
___ Income understated ___ stubs ___ taxes            To be heard with confirmation at 1:30 pm
___ co-debtor ___ stubs ___ taxes                ✓ Ch 7 s/b $38,353.²³ plus tax refund (valuations)
___ Spouse's pay advices/spouse's wages not disclosed    ___ Good faith to unsecured
___ Proof of household size (government ID w/ address)    ___ Expenses: documentation/calculation: CMI line
    and income of all adults
___ Best effort < 36 months < 60 months
✓ Expenses objectionable: Sch J ☐ Provide Proof
  6(d),                                    ___ CMI/DI ___ x 60 = ___
___ D/I > 100%    < 90%    Feasibility            ☐ Plus income/expenses issues ☐ Trustee est. $ ___
✓ Info on transfer SOFA 6 (18) undisclosed            ___ Undervalued collateral should be crammed down
___ Tolling Agreement(s) L in excess of regular monthly    $9000 "Casual Expenses"

Other: Reoccurring payment to BSI $1401.⁵⁹        No personal bank account?

List of equipment leased with copy of leases    Settlement or trace of funds for bus
Inventory equipment.                        Reserve app + recu

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

**_IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR._** *The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on 9-19-16 to avoid dismissal**

**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027