UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-17566
IN RE:                                                    CHAPTER 13 PROCEEDING
    GRISELL HERNANDEZ
    Debtor
_____/

### TRUSTEE'S REQUEST FOR PRODUCTION

Trustee, Nancy K. Neidich, Chapter 13 Trustee, pursuant to Rules 9014, 7026, and 7034 of the Federal Rules of Bankruptcy Procedure and request the following documents be produced by the debtor by providing a copy of the following documents uploaded through 13documents.com or by mail to the Chapter 13 Trustee at P.O. Box 279806, Miramar, Florida 33027 for receipt on or before **September 29, 2016** or contact the undersigned to determine a place to examine and copy the following documents before **September 29, 2016**

### DOCUMENTS REQUESTED

With respect to the request for production of documents, the following request shall apply:

a) Bank statements in the name of the debtors or which the debtors have signatory powers, including any account in the name of a business held by the debtor from May 1, 2013 through May 26, 2016. Including:

    i) Written explanation of any withdrawals over $1,000.00

    ii) Copies of any check over the amount of $1,000.00.

b) Copies of all credit card statements in the name of the debtor or in the name of any entity held by the debtor, including businesses, from May 1, 2013 through May 26, 2016.

c) Copies of any financial statements or applications for credit, including refinancing, provided by the debtor to any person or legal entity after the date of the petition for relief.

d) Copy of any lease for the debtor's home, for the rental of a room or the full amount of the property, from May 1, 2014 through May 26, 2016.

## I. DEFINITIONS

A. For purposes of responding to this request to produce, the following definitions shall apply:

1. The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

2. Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less inclusive.

## II. INSTRUCTIONS

A. With respect to this request for production of documents, the following instructions shall apply:

1. In producing Documents requested herein, you shall produce the Documents in full, without abridgment, abbreviation, and expurgation of any sort. If any Document cannot be produced in full, produce the Document to the extent possible and specify the reason for the inability to produce the remainder thereof.

2. This request for production of documents is continuing and you are requested to supplement your responses hereto. If after producing the Documents, you become aware of any further Documents responsive to this request, you are required to immediately produce such additional Documents without further request or Order of the Court.

3. All documents shall be segregated in accordance with the numbered and lettered paragraphs and subparagraphs herein.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served through ECF on debtor's attorney,

                                                  Submitted by
                                                  NANCY K. NEIDICH,

STANDING CHAPTER 13 TRUSTEE

/s/
AMY E. CARRINGTON, ESQUIRE
FLORIDA BAR NO: 0101877
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402