UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO:   __16-17566__

GRISELL HERNANDEZ
    Debtor(s)
_____/

TRUSTEE'S OBJECTION TO EXEMPTIONS
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

    Nancy K Neidich, Standing Chapter 13 Trustee, files this Objection to Exemptions as the Trustee objects to the exemption of property as stated in the debtor(s)' Schedules as being over the legal limit and/or raising a question as to the amount of the claimed exemption and therefore it does not appear that the debtors are entitled to same and therefore excessive or inappropriate exemptions should be stricken and disallowed. Objecting specifically as to:

  **Homestead**  property which is multi-family (duplex) or not actually used as homestead.

The property is actively listed for rent with Casablanca Rental Services as a hotel rental.

    I hereby certify that a true and correct copy of the foregoing and the Notice of Hearing generated by the Clerk of the Court was served through ECF on debtor's attorney on the same day as the objection is filed with the Clerk of the Court.

                                                                      Submitted by
                                                                      NANCY K. NEIDICH, ESQUIRE
                                                                      STANDING CHAPTER 13 TRUSTEE
                                                                      FLORIDA BAR NO.: 441856
                                                                       P.O. BOX 279806
                                                                       MIRAMAR, FL 33027
                                                                       (954)  443-4402