**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
www.flsb.uscourts.gov

☒ **FIRST** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **GRISELL HERNANDEZ**                                      CASE NO.: **16-17566-BKC-LMI**
Last Four Digits of SS #6881

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A. **$1,478.00** for months **1** to **60**, in order to pay the following creditors:

Administrative:          Attorney's Fee to Sandra Navarro-Garcia, Esq. - $3,500.00 TOTAL PAID $0.00
Chapter 13 Fees & Costs Balance Due: **Total Balance Due to SNG - $3,500.00**, payable **$1,166.67**/month (Months **1** to **3**)

Secured Creditors: [Retain Liens pursuant to 11 USC §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Internal Revenue Service                     Payoff Total as per POC $66,341.23 at 4% Interest
   PO Box 7317                                  Payment $100.00/mo. (Mos. **1** to **3**)
   Philadelphia, PA 19101                       Payment $1,280.81/mo. (Mos. **4** to **60**)
   Account #XXX.XX.6881

**URED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 USC §507]:
**1. Internal Revenue Service**                  Amount Due **$2,961.02** as of Petition Date
Payment **$63.53**/mo. (Mos. **1** to **3**)
Payment **$48.61**/mo. (Mos. **4** to **60**)

Unsecured Creditors: Pay **$0.78**/mo. (Months **4** to **60**). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The provisions included on the Notice of Commencement and the Local Rules of the Bankruptcy Court for the Southern District of Florida are incorporated herein by reference and are binding on any and all parties in interest. This Chapter 13 Plan is also a motion in certain circumstances and any interested party should act accordingly.

1. The Debtor will continue to pay Chase, Account No. 0021402086, Casablanca CA of Miami Beach, Inc.(HOA) Account No.: TH0202, of her homestead property located at 6345 Collins Ave, Apt TH2, Miami Beach, Florida 33141

2. The debtor is hereby advised that the chapter 13 trustee has requested that the debtor comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor shall provide the trustee with verification of her disposable income if her gross household income increases by more than 3% over the previous year's income.

LF-31 (rev. 12/01/02)

I, Grisell Hernandez, declare that the foregoing chapter 13 plan is true and correct under penalty of perjury. I acknowledge that the contents of this plan have been explained and that we are in agreement as to the treatment of all creditors/claims set forth in this plan.

Date 9/13/16

X _____
Grisell Hernandez

LF-31

Sandra Navarro-Garcia, Esq.
Counsel for the Debtor
7951 SW 40th Street #202
Miami, Florida 33155
E-MAIL: SANDRA@SNGLAW.NET
Tel.: 305-264-7500/Fax.: 305-264-7587
/s/ Sandra Navarro-Garcia
Sandra Navarro-Garcia, Esq., FBN 188735

LF-31 (rev. 12/01/02)