# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

**In re:**
**GRISELL HERNANDEZ**                          **Case No.: 16-17566-BKC-LMI**
**SSN XXX.XX.6881**                               **Chapter 13**
_____**Debtor.**/

## CERTIFICATE OF SERVICE OF FIRST AMENDED CHAPTER 13 PLAN

 **I HEREBY CERTIFY** that a true and correct copy of the <u>First Amended</u>

<u>Chapter 13 Plan</u> was furnished either via ECF, electronically, or by Regular U.S. Mail

on the **13<u>th</u>** day of **<u>September,</u> 2016** to all the parties listed on the Creditor Mailing

Matrix.

<u>**CERTIFICATE PURSUANT**
**TO LOCAL RULE 9011-4(B)**</u>

 **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**SANDRA NAVARRO-GARCIA, P.A**
Counsel for the Debtor
7951 SW 40 Street, Suite 202
Miami, FL. 33155
E-MAIL: SANDRA@SNGLAW.NET
Telephone:305-264-7500
Facsimile: 305-264-7587


/S/Sandra Navarro Garcia_____
Sandra Navarro-Garcia, Esq., FBN 188735