UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

IN RE:                                         CASE NO.: 16-17566-LMI

                                               Chapter 13

GRISELL HERNANDEZ

Debtor
_____/

CERTIFICATE OF SERVICE
and
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of *Creditor, Antonio Balestena, Sr.'s foregoing documents:*

1. MOTION FOR RETROACTIVE ANNULMENT OF THE AUTOMATIC STAY AND FOR RATIFICATION OF THE FLORIDA STATE CIRCUIT COURT ORDER IN CASE NO. 15-20347(21) PROCEEDINGS SUPPLEMENTARY, ENTERED ON AUGUST 8, 2016 (D.E. #35)

2. NOTICE OF HEARING ON MOTION FOR RETROACTIVE ANNULMENT OF THE AUTOMATIC STAY AND FOR RATIFICATION OF THE FLORIDA STATE CIRCUIT COURT ORDER IN CASE NO. 15-20347(21) PROCEEDINGS SUPPLEMENTARY, ENTERED ON AUGUST 8, 2016, SET FOR OCTOBER 24, 2016 at 1:30pm. (D.E. #37)

3. OBJECTION TO CONFIRMTION OF FIRST AMENDED PLAN (D.E.#36)

were served via ECF to all parties on the attached service receiving service therefrom and via Regular U.S. Mail to all parties not served by ECF (which is attached as Exhibit "A").

Dated:  September 26, 2016.                MATTHEW MAZUR, P.A.
                                           Attorneys for Creditor, Antonio Balestena, Sr.
                                           2645 Executive Park Drive, Suite 110
                                           Weston, Florida 33331
                                           Telephone: (305) 466-3328
                                           Facsimile: (786) 347-6042
                                           By:_____/s/_____
                                                  Matthew E. Mazur, Jr.
                                                  Florida Bar No. 0144614
                                                  mmazurjr@mazur-law.com