**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 16-17566-LMI |
| | Chapter 13 |
| GRISELL HERNANDEZ | |
| Debtor | |
| _____/ | |

**CERTIFICATE OF SERVICE**
**and**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I certify that a true copy of *Creditor, Antonio Balestena, Jr.'s foregoing documents:*

1. OBJECTION TO CONFIRMTION OF FIRST AMENDED PLAN (D.E.#39)

2. AFFIDAVIT OF ANTONIO BALESTENA, JR. IN SUPPORT OF OBJECTION TO CONFIRMATION OF PLAN (D.E.#39) (ATTACHMENTS: # (1) EXHIBIT A - COPY MEETING MINUTES 8-4 # (2) EXHIBIT B - SIGNATURE AUTHORIZATIONS # (3) EXHIBIT C - STATE COURT AMENDED COMPLAINT # (4) EXHIBIT D - - LEASE AGREEMENT 17430 SW 61ST COURT # (5) EXHIBIT E - LISTING AGREEMENT # (6) EXHIBIT F - ZILLOW REPORT ON PROPERTY VALUE 6345 COLLINS AVE TH2 # (7) EXHIBIT G - RENT PAYMENT 5997 AND 5999 # (8) EXHIBIT H - STATE COURT DEPOSITION TRANSCRIPT DEBTOR # (9) EXHIBIT I - PHOTOS 5997 RESIDENCE HOUSEHOLD GOODS # (10) EXHIBIT J - PHOTOS OF DEBTOR CLOTHING # (11) EXHIBIT K - PHOTOS DEBTOR JEWELRY # (12) EXHIBIT L - RECEIPT FOR DEBTOR RING # (13) EXHIBIT M - PHOTO OF DEBTOR JEWELRY DESIGN WORKSPACE # (14) EXHIBIT N - VEHICLE HISTORY REPORT

were served via ECF to all parties on the attached service receiving service therefrom 9/27/16 and via Regular U.S. Mail on 9/28/16 to all parties not served by ECF (which is attached as Exhibit "A").

Dated: September 28, 2016.

MATTHEW MAZUR, P.A.
Attorneys for Creditor, Antonio Balestena, Sr.
2645 Executive Park Drive, Suite 110
Weston, Florida 33331
Telephone: (305) 466-3328
Facsimile: (786) 347-6042
By:_____/s/_____
Matthew E. Mazur, Jr.
Florida Bar No. 0144614
mmazurjr@mazur-law.com