UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

IN RE:                                             CASE NO.: 16-17566-LMI

                                                   Chapter 13

GRISELL HERNANDEZ

Debtor
_____/

CERTIFICATE OF SERVICE
and
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of *Creditor, Antonio Balestena, Jr.'s foregoing documents:*

1. MOTION FOR RETROACTIVE ANNULMENT OF THE AUTOMATIC STAY AND FOR RATIFICATION OF THE FLORIDA STATE CIRCUIT COURT ORDERS IN CASE NO. 15-20163 (D.E. #41) (ATTACHMENTS: # (1) EXHIBIT A - ARTICLES OF INCORPORATION BULLSEYE POWDER COAT INC. # (2) EXHIBIT B STATEMENT OF OWNERSHIP FLORIDA POWDER COATING SOLUTIONS # (3) EXHIBIT C ARTICLES OF INCORPORATION BULLSEYE COATING AND BLASTING # (4) EXHIBIT D FRAUDULENT PROMISSORY NOTE AND SECURITY AGREEMENT # (5) EXHIBIT E FRAUDULENT UCC FILING # (6) EXHIBIT F LETTERS CREATING FRAUDULENT TRANSFER # (7) EXHIBIT G DEPOSITION TRANSCRIPT OF DEBTOR TAKEN APRIL 13 2016 # (8) EXHIBIT H STATE COURT ORDER MOTION TO COMPEL # (9) EXHIBIT I STATE COURT SPOLIATION MOTION AND EXHIBITS # (10) EXHIBIT J JULY 21 2016 ORDER GRANTING PARTIAL SUMMARY JUDGMENT FLORIDA POWDER COATINGS SOLUTIONS CORPORATION # (11) EXHIBIT K DEBTOR SUGGESTION OF BANKRUPTCY)

2. NOTICE OF HEARING ON MOTION FOR RETROACTIVE ANNULMENT OF THE AUTOMATIC STAY AND FOR RATIFICATION OF THE FLORIDA STATE CIRCUIT COURT ORDER IN CASE NO. 15-20163, SET FOR OCTOBER 24, 2016 at 1:30pm. (D.E. #42)

were served via ECF to all parties on the attached service receiving service therefrom 9/30/16 and via Regular U.S. Mail on 9/28/16 to all parties not served by ECF (which is attached as Exhibit "A").

Dated:  September 30, 2016.	MATTHEW MAZUR, P.A.
	Attorneys for Creditor, Antonio Balestena, Sr.
	2645 Executive Park Drive, Suite 110
	Weston, Florida 33331
	Telephone: (305) 466-3328
	Facsimile: (786) 347-6042
	By:_____/s/_____
	      Matthew E. Mazur, Jr.
	      Florida Bar No. 0144614
	      mmazurjr@mazur-law.com

## SERVICE LIST

| | |
|---|---|
| Sandra Navarro-Garcia, Debtor's Counsel **VIA ECF**<br>7951 SW 40 St #202<br>Miami, FL 33155-6752<br><br>Chase Mtg<br>PO Box 24696<br>Columbus, OH 43224-0696<br><br>Seterus, Inc.  **VIA ECF**<br>Choice Legal Group, P.A.<br>P.O. Box 9908<br>Fort Lauderdale, FL 33310-0908<br><br>Credit One Bank NA<br>PO Box 98872<br>Las Vegas, NV 89193-8872<br><br>Credit One Bank NA<br>PO Box 98873<br>Las Vegas, NV 89193-8873<br><br>Keybank USA<br>4910 Tiedeman Rd<br>Brooklyn, OH 44144-2338<br><br>Memorial Regional<br>3501 Johnson St<br>Hollywood, FL 33021-5487<br><br>Wells Fargo Bank, N.A.<br>420 Montgomery St<br>San Francisco, CA 94104-1298<br><br>Nancy K. Neidich, Trustee **VIA ECF**<br>POB 279806<br>Miramar, FL 33027-9806 | U.S. Bank National Association  **VIA ECF**<br>Kahane & Associates, P.A.<br>c/o Marc G. Granger, Esq.<br>8201 Peters Road<br>Suite 3000<br>Plantation, FL 33324-3292<br><br>Internal Revenue Services<br>51 SW 1st Ave<br>Miami, FL 33130-1699<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>Keybank NA<br>Key Bank; Attention: Recovery Payment Pr<br>4910 Tiedeman Rd<br>Brooklyn, OH 44144-2338<br><br>PORTFOLIO RECOVERY ASSOC. LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067<br><br>Grisell Hernandez<br>6345 Collins Ave #TH2<br>Miami, FL 33141-4665<br><br>Grisell Hernandez<br>5999 SW 37th Ave<br>Fort Lauderdale, FL 33312<br><br>Office of the US Trustee **VIA ECF**<br>51 SW 1st Ave, Suite 1204<br>Miami, FL 33130-1514<br><br>Nordstrom/TD<br>13531 E Caley Ave<br>Englewood, CO 80111-6505 |

## EXHIBIT " A"