UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RE:   GRISELL HERNANDEZ                                                                     Case Number 16-17566

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows  (If this case is dismissed, this deficiency is an objection to reinstatement until all documents are received or all issues are addressed):
WRITTEN RESPONSE TO ISSUES RAISED AND/OR DOCUMENTS REQUESTED MUST BE <u>RECEIVED</u> BY 5PM AT LEAST FIFTEEN DAYS (NOT INCLUDING HOLIDAYS) PRIOR TO THE CONFIRMATION HEARING TO AVOID DISMISSAL.  Please note: documents that were not timely filed/received by the trustee may not be considered as there is not sufficient time for an additional review of this case.  **Call the Trustee's case administration department prior to "re-sending" documents.**  *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee and reviewed for possible issues raised and additional documents needed.*
*<u>The debtor or debtor's attorney must appear at the confirmation hearing even if they pre-hear with the Trustee.</u>*  **The debtor may be dismissed for failure to fund the plan if they are delinquent in payments.  The Court may dismiss this case if no one appears to represent the debtor at  the confirmation hearing.**

> IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE LAST BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO SEEK A RESOLUTION OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR. **The Trustee objects to the appearance of coverage counsel if her recommendation is contested**.

===============================================================================================
Recommendation for <u>October 6, 2016</u> hearing.  *(Call the Trustee's case administration department prior to "re-sending" documents).*

**Counsel must pre-hear with Trustee and appear at the hearing:**
<u>DISMISS</u> (Cont from 10/6 1:30)
 Debtor failed to provide/file: c) signed sworn declaration from debtor re: 1) debtor did not have any credit cards since 2011 2) debtor has lived in the property claimed as homestead continuously even when the property is rented ("CH 7 issue with homestead exemption ") and 3) Mr Saavedra's employment includes $8710.00 per month for rent  (check #1008), d) copy of any financial statements or applications for credit, f) Debtor income is understated by $5,151.60 per month as P&L is deducting $3,351.60 of personal expenses (FPL and credit cards of family and friends) explanation of "Grisell expenses" implies that it is income to debtor of $1,800.0 per month *per attorney letter this is unopposed*. I) copy of checks undescribed on P&L: #1011 $5485.23, #1012 $6830.00 #1013 $10,876.88 - need evidence of theses expenses

**Obj (36) (39)  Balestena: Bad faith, feasibility, CH 7**

IF YOU WISH TO AVOID DISMISSAL, PROVIDE THE TRUSTEE WITH ALL DOCUMENTS OR FILE WITH THE CLERK ALL AMENDMENT/MOTIONS ON OR BEFORE BY <u>5PM ON</u> **Monday October 24, 2016** *(Deadline still 14 days pre-confirmation. If deficiency is cured by 10/24, the Trustee will attempt to review and update the recommendation prior to confirmation.  Request for continuance due to documents provided after 10/24 must be heard and approved by Judge)*Attorneys must upload all missing documents and responses through 13Documents.com

*I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.*

                                              *Submitted by*
                                              NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
                                              P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402

******The Trustee objects to the appearance of coverage counsel if her recommendation is contested*****