**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                               Case No. 16-17566-BKC-LMI
    **GRISELL HERNANDEZ**                                    Chapter 13
    SSN: XXX.XX.6881

_____**Debtor**_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO**

**CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

    **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

    **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

    **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor(s) object(s) to the following claim filed in this case :

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 5 | Antonio Balestena Sr. | $100,374.80 | Debtor recommends claim be stricken and disallowed as the debt belongs to Florida Powder Coating Solutions, Corporation and not the Debtor. |

The undersigned acknowledges that this objection and the notice of hearing for this objection

LF-24 (rev. 12/01/09)

will be served on the claimant and the debtor and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via

Regular U.S. Mail, this **14th** day of **November, 2016** to the following parties.

| Nancy K. Neidich Esq.<br>Standing Chapter 13 Trustee<br>Via ECF | Antonio Balestena, Sr.<br>C/O Matthew Mazur, P.A.<br>2645 Executive Park Drive, Suite 110<br>**Via ECF and Regular US Mail** |
|---|---|

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**SANDRA NAVARRO-GARCIA, P.A**
Counsel for the Debtor
6337 SW 40th Street
Miami, Florida 33155
E-MAIL: SNG@SNGLAW.NET
Telephone: 305-667-5103
Facsimile: 305-667-5106

*/s/ Sandra Navarro-Garcia*
Sandra Navarro-Garcia, Esq., FBN 188735

LF-24 (rev. 12/01/09)