

**ORDERED in the Southern District of Florida on November 30, 2016.**

_____
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

IN RE:  CASE NO.: 16-17566-LMI

Chapter 13

GRISELL HERNANDEZ

Debtor
_____/

**ORDER GRANTING
CREDITOR, ANTONIO BALESTENA, SR.'S MOTION FOR RETROACTIVE
ANNULMENT OF THE AUTOMATIC STAY AND FOR RATIFICATION OF THE
FLORIDA STATE CIRCUIT COURT ORDER IN CASE NO. 15-20347(21)
PROCEEDINGS SUPPLEMENTARY, ENTERED ON AUGUST 8, 2016**

This matter came before the Court on October 24, 2016, on Creditor, Antonio Balestena, Sr.'s Motion for Retroactive Annulment of the Automatic Stay and for Ratification of the Florida State Circuit Court Order in Case No. 15-20347(21) Proceedings Supplementary, Entered on August 8, 2016 (the "Motion") (ECF #35). Having reviewed the Motion and heard oral argument, it is

ORDERED that:

(1) The Motion is GRANTED.

(2) The Automatic Stay is hereby retroactively annulled as to the Creditor, Antonio Balestena, Sr., to May 26, 2016, the date the Debtor initially filed her bankruptcy.

(3) Further, the State Court's Order of August 8, 2016 is ratified. The Creditor may continue the state court litigation against the Debtor until final adjudication of liquidated damages against the Debtor is determined.

(4) However, the Creditor shall not seek to execute any judgment against the Debtor in the state court proceedings until further order of this Court. If the Debtor's Bankruptcy Case is Dismissed, Creditor will not need to seek further order of this Court to execute any judgment against the Debtor in the state court proceedings.

(5) Nothing herein prohibits the Creditor from executing a judgment against Florida Powder Coating Solutions, Corp. or Bullseye Coating and Blasting, Corp. or any assets that the State Court has determined were fraudulently transferred from Florida Powder Coating Solutions, Corporation to the Debtor or Bullseye Coating and Blasting, Corp. as set forth in the State Court's Order dated August 8, 2016.

(6) This Order for stay relief only applies to Creditor, Antonio Balestena, Sr.'s Claim filed under Proof of Claim Number 5 and does not apply to the Claim filed under Proof of Claim Number 4.

###

Copies furnished to:
Alberto Cardet, Esq., Debtor's Counsel
Matthew E. Mazur, Jr., Esq., Counsel for Creditor, Antonio Balestena, Sr.

Attorney Mazur shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of Court.