

**ORDERED in the Southern District of Florida on November 30, 2016.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____UNITED STATES BANKRUPTCY COURT_____
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 16-17566-LMI |
| | Chapter 13 |
| GRISELL HERNANDEZ | |
| Debtor | |
| _____/ | |

### ORDER GRANTING
### CREDITOR, ANTONIO BALESTENA, JR.'S MOTION FOR RETROACTIVE ANNULMENT OF THE AUTOMATIC STAY AND FOR RATIFICATION OF THE FLORIDA STATE CIRCUIT COURT ORDERS IN CASE NO. 15-20163

This matter came before the on October 24, 2016, on Creditor, Antonio Balestena, Jr.'s Motion for Retroactive Annulment of the Automatic Stay and For Ratification of the Florida State Circuit Court Order in Case No. 15-20163 (the "Motion") (ECF #41). Having reviewed the Motion and noting the concession by Debtor's Counsel to the relief being sought, it is

ORDERED that:

(1) The Motion is GRANTED. The automatic stay is hereby retroactively annulled as to the

Creditor, Antonio Balestena, Jr., to May 26, 2016, the date the Debtor initially filed her bankruptcy.

(2) Further, the the State Court's Order of July 21, 2016 is ratified. The Creditor may continue the state court litigation against the Debtor until final adjudication of liquidated damages against the Debtor is determined.

(3) However, the Creditor shall not seek to execute any judgment against the Debtor in the state court proceedings until further order of this Court. If the Debtor's Bankruptcy Case is Dismissed, Creditor will not need to seek further order of this Court to execute any judgment against the Debtor in the state court proceedings.

(4) Nothing in this Order prohibits the Creditor from executing a judgment against Florida Powder Coating Solutions, Corp. or Bullseye Coating and Blasting, Corp. or any assets that the State Court has determined were fraudulently transferred from Florida Powder Coating Solutions, Corporation to the Debtor or Bullseye Coating and Blasting, Corp.

###

Copies furnished to:
Alberto Cardet, Esq., Debtor's Counsel
Matthew E. Mazur, Jr., Esq., Counsel for Creditor, Antonio Balestena, Jr.

Attorney Mazur shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of Court.