UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                          CASE NO.: 16-17566-LMI

GRISELL HERNANDEZ

Debtor
_____/

**ANTONIO BALESTENA, JR.'S RESPONSE TO
DEBTOR'S OBJECTION TO CLAIM (D.E. # 61)**

COMES NOW, Creditor, ANTONIO BALESTENA, JR. ("MR. BALESTENA JR."), by and through his undersigned counsel and files this his Response to Debtor's Objection to Claim (D.E. #61) and states as follows:

1. MR. BALESTENA JR timely filed his Proof of Claim and supporting documentation for his claim on October 24, 2016 (Claim No. 6-2)

2. Debtor filed her objection to MR. BALESTENA JR.'S claim on November 14, 2016 (D.E. #61) claiming as a basis to disallow and strike the claims as "the debt belongs to Florida Powder Coating Solutions, Corporation and not the Debtor."

3. Under Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of both the validity and amount of the claim.

4. Courts that have considered Bankruptcy Rule 3001(f), have found that a party objecting to the claim must produce evidence to rebut the claim or the claim will prevail; the mere denial of the validity or amount is not sufficient to sustain an objection to a claim. E.g., In re Glenn, 100 B.R. 763, 766 (Bankr.W.D.Pa.1989) citing Matter of Fidelity Holding Company, Ltd., 837 F.2d 696 (5th Cir.1988).

5. The Debtor's stated basis for striking and disallowing MR. BALESTENA JR.'S claims is insufficient on its face to rebut the claim. Furthermore, the Debtor has proffered absolutely no evidence to rebut the claim.

6. It could even be argued that the objection to the claim is frivolous, considering the underlying State Court litigation and this Court's Order Granting MR. BALESTENA JR.'S Motion for Retroactive Annulment of the Automatic Stay and For Ratification of the Florida State Circuit Court Order in Case No. 15-20163 (D.E. # 74).

7. The supporting documentation attached to MR. BALESTENA JR.'S Proof of Claim 6-2 speaks for itself and the Debtor has failed to attach any evidence to her objection that rebuts MR. BALETENA JR.'S claim.

WHEREFORE, Creditor, MR. BALESTENA, JR, respectfully requests that the Court overrule the Debtor's Objection, that the Claim be stricken and disallowed and enter an Order deeming the Claim allowed as a general unsecured claim together with such other and further relief as is proper and just.

Dated:  December 1, 2016          MATTHEW MAZUR, P.A.
                                  Attorneys for Creditor, Antonio Balestena, Jr.
                                  2645 Executive Park Drive, Suite 110
                                  Weston, Florida 33331
                                  Telephone: (305) 466-3328
                                  Facsimile: (786) 347-6042
                                  By:_____/s/_____
                                       Matthew E. Mazur, Jr.
                                       Florida Bar No. 0144614
                                       mmazurjr@mazur-law.com

2

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: _____/s/_____
Matthew E. Mazur, Jr.
Florida Bar No. 0144614
mmazurjr@mazur-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2016, that a true and correct copy of the foregoing Response to Debtor's Objection to Claims (D.E. #61) was served via ECF to all parties receiving service therefrom.

By: _____/s/_____
Matthew E. Mazur, Jr.
Florida Bar No. 0144614
mmazurjr@mazur-law.com