**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

| | |
|---|---|
| **GRISELL HERNANDEZ** | Case No.: 16-17566-BKC-LMI |
| SSN XXX.XX.6881 | Chapter 13 |

_____ **Debtor./**

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEBTOR'S OBJECTION TO PROOF OF CLAIM OF ANTONIO BALESTENA JR., CLAIM NO. 6 , ECF 61

Notice is hereby given that the Debtor's Objection to Proof of Claim No. 6, of Antonio Balestena, Jr., ECF 61, is hereby withdrawn without prejudice.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via ECF and Regular U.S. Mail, this 5th day of December, 2016 to the following parties.

| Nancy K. Neidich Esq.<br>Standing Chapter 13 Trustee<br>Via ECF | Antonio Balestena, Jr.<br>C/O Matthew Mazur, P.A.<br>2645 Executive Park Drive, Suite 110<br>**Via ECF and Regular US Mail** |
|---|---|

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

*/s/ Sandra Navarro-Garcia*
**Sandra Navarro-Garcia, Esq.**
Florida Bar Number 188735
SANDRA NAVARRO-GARCIA, P.A.
Counsel for the Debtor
7951 SW 40th Street, suite 202
Miami, Florida 33155
E-mail: sandra@snglaw.net
Telephone: 305/264-7500
Facsimile:  305/264-7587